IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LITTLE BEAR WILSON, formerly known as Christopher John Wilson,**<br>Plaintiff,<br>**v.**<br>**HIGH DESERT STATE PRISON, et al.,**<br>Defendants. | Case No. 2:25-cv-2298-DAD-ICD-P<br>**ORDER GRANTING DEFENDANT K. SILVA'S REQUESTED EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS** |

The California Attorney General's Office has specially appeared on behalf of Defendant K. Silva and applied for an extension of time in which to file a waiver of service of process on his behalf.

//

//

//

//

//

//

//

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Attorney General's Office's request for an extension of time is GRANTED; and,

2. Defendant K. Silva shall file his waiver of service of process on or before September 28, 2026.

Dated: September 15, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE