IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOHN LITTLE BEAR WILSON, formerly known as Christopher John Wilson,**

Plaintiff,

**v.**

**HIGH DESERT STATE PRISON, et al.,**

Defendants.

Case No. 2:25-cv-2298-DAD-ICD-P

**ORDER**

**GOOD CAUSE APPEARING,** Defendant's motion for administrative relief for an extension of time to file a responsive pleading is granted. The deadline to file a responsive pleading is extended to December 17, 2026.

Dated: October 9, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE