IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LITTLE BEAR WILSON, formerly known as Christopher John Wilson,

Plaintiff,

v.

HIGH DESERT STATE PRISON, et al.,

Defendants.

No. 2:25-CV-2298-DAD-ICD-P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING HIGH DESERT STATE PRISON AS A DEFENDANT WITH PREJUDICE

(Doc. No. 14)

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on July 9, 2025, seeking relief pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On August 4, 2026, the previously assigned magistrate judge issued findings and recommendations recommending that named defendant High Desert State Prison be dismissed from this action because it is immune from suit. (Doc. No. 14.) The magistrate judge also concluded that this clear pleading deficiency could not be cured by amendment and that dismissal of this defendant should be with prejudice. (*Id.* at 2.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) No

/////

objections to the findings and recommendations have been filed by plaintiff and the time to do so has passed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued August 4, 2026 (Doc. No. 14), are adopted in full;
2. High Desert State Prison is dismissed with prejudice as a defendant in this action;
3. This matter is referred back to the assigned magistrate judge for further proceedings as to the remaining defendant.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE